Rel: October 11, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0053

Carolyn Glenn v. J or J Properties, LLC (Appeal from Montgomery Circuit Court: CV-23-900398).

## **ORDER**

To the Honorable Greg Griffin, Judge, Fifteenth Judicial Circuit:

It appearing to this Court that there remain unadjudicated issues pertaining to the request for, and the assessment of, damages in case no. CV-23-900398,

IT IS HEREBY ORDERED that the above-styled cause is DISMISSED as having been taken from a nonfinal judgment. See Rule 58(b), Ala. R. Civ. P.; Davis v. American Pride Props., LLC, [Ms. SC-2023-0419, Aug. 30, 2024] ____ So. 3d ____ (Ala. 2024); Deutsche Bank Nat'l Tr. Co. v. Karr, 306 So. 3d 882 (Ala. 2020); Ex parte Baptist Health Sys., Inc., 966 So. 2d 920 (Ala. 2007); "Automatic" Sprinkler Corp. of Am. v. B.F. Goodrich Co., 351 So. 2d 555 (Ala. 1977); and Moody v. State ex rel. Payne, 351 So. 2d 547, 551 (Ala. 1977).

Parker, C.J., and Shaw, Bryan, Mendheim, and Mitchell, JJ., concur.